# EXHIBIT C

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
## POLICY AND PROCEDURE

| | | | |
|---|---|---|---|
| | **POLICY NUMBER:** 12.27 DOC | **EFFECTIVE DATE:** 02/26/2018 | **PAGE 1 OF 20** |
| | **SUPERCEDES:** 15.11-4 DOC 23.01-3 DOC | **DIRECTOR:** | Please use BLUE ink. |

| **SECTION:** SPECIAL MANAGEMENT | **SUBJECT: CONDITIONS OF CONFINEMENT** |
|---|---|

**AUTHORITY:** Rhode Island General Laws (RIGL) § 42-56-10 (22), Powers of the director

**REFERENCES:** ACA Standard 4-4259, written segregation policy; 4-4250, immediate segregation; 4-4251, segregation as PC; 4-4258, daily visits from senior supervisor; 4-4268 access to legal materials; 4-4269, access to reading materials; the most recent version of RIDOC Policies 9.05 DOC, Institutional Log Book System; 9.14 DOC, Detecting and Confiscating Contraband on or in the Possession of Inmates-Detainees [Including Frisk, Strip and Body Cavity Searches]; 11.01 DOC, Code of Inmate Discipline; 13.03 DOC; Access to the Courts and Legal Materials; 13.10 DOC, Inmate Grievance Procedure; 15.01 DOC, Classification Process; 18.43 DOC, Health Evaluation of Inmates in Administrative/Disciplinary Confinement; 24.01 DOC, Inmate Mail

| **INMATE / PUBLIC ACCESS?** | X YES |
|---|---|
| **AVAILABLE IN SPANISH?** | X NO |

I.  **PURPOSE:**

   To define the different commitment categories that inmates may be classified to or placed on at the Rhode Island Department of Corrections (RIDOC), and to establish Department-wide standards and procedures for the monitoring and supervision of those inmates.

II.  **POLICY:**

   A.  Inmates are classified or placed in the least restrictive status, for the shortest time period possible, while maintaining the safety and security of the institutions for the inmates, staff and community.

   B.  Inmates are provided with programming opportunities designed to help them become productive and law-abiding members of the community.

III.   **DEFINITIONS**:

    A.   <u>Case Management Team</u> - a collaborative process of assessment, planning and interventions to address an individual's identified needs through communication and coordination of available resources aimed at reducing recidivism.

    B.   <u>General Population</u> - Inmates **classified** to maximum, medium, minimum with no restrictions placed on activities.

    C.   <u>Transitional Confinement</u> (formerly Close Confinement) – These inmates are **classified** to this status to provide them the supervision and programming required to prepare for their return to General Population from Restrictive Housing.

    D.   <u>Administrative Restrictive Status</u> (ARS) - Inmates who, by their pattern of conduct require close restrictive movement and closer supervision than general population inmates, will be **placed** on Administrative Restrictive Status by a Warden/designee.  This status can be utilized to transition back into General Population.   The Warden/Designee of each facility is responsible for the development of a Standard Operation Procedure (SOP) specific to their facility. The SOP should outline items allowed in cell, out-of-cell time and program requirements.

    E.   <u>Restrictive Housing</u> – Any type of detention that involves removal of an inmate from general population, voluntarily or involuntarily; placement in a locked room or cell, whether alone or with another inmate; and the inability to leave the room or cell for the vast majority of the day, typically 22 hours or more.  The following are the types of Restrictive Housing utilized at the RIDOC:

        1.   <u>Administrative Confinement</u> (Sentenced inmates only) - These inmates are **classified** as such when their pattern of conduct:

- Demonstrates chronic inability to adjust to the general population;

- Indicates maximum personal protection is required;

- Constitutes a serious threat to the Adult Correctional Institutions (ACI);

- Is potentially dangerous to him/herself or others;

- Poses a serious escape risk;

- Indicates that an immediate mental health evaluation is necessary, and the inmate cannot remain in general population pending that evaluation; or

- Indicates an enemy issue or has been charged with a highly publicized/particularly heinous act (e.g., high profile murder, sexual assault or murder of a minor), and cannot be held in general population while the investigation into potential placement in Protective Custody is being conducted.

2.      Administrative Detention (Awaiting Trial inmates only) - These inmates are **placed** as such when their pattern of conduct:

**EXCEPTION**: **Sentenced inmates may be placed** in Administrative Detention for investigative purposes only.    At the **conclusion** of the investigation, the sentenced inmate **shall return to his/her classification**.

- Demonstrates chronic inability to adjust to general population;

- Indicates maximum personal protection is required;

- Constitutes a serious threat to the Adult Correctional Institutions (ACI);

- Is potentially dangerous to him/herself or others;

- Poses a serious escape risk;

- Indicates that an immediate mental health evaluation is necessary, and the inmate cannot remain in general population pending that evaluation;

- Is under investigation for violation of facility rules or the law; or

- Indicates an enemy issue or has been charged with a highly publicized/particularly heinous act (e.g., high profile murder, sexual assault or murder of a minor) and cannot be held in general population while the investigation into potential placement in Protective Custody is being conducted.

**NOTE**:  Awaiting Trial inmates are **placed** in Administrative Detention and sentenced inmates are **classified** to Administrative Confinement only upon consultation with RIDOC's Director of Behavioral Health or psychiatrist.

3.　　Disciplinary Confinement – A housing location available to RIDOC's facility administrators to **confine** a detainee/inmate as a result of sanctions based on the most recent version of RIDOC Policy 11.01 DOC, Code of Inmate Discipline, or when other confinement would pose a serious threat to life, property, self, staff, other inmates, or the security or orderly running of the facility.

F.　　Administrative Transfer – An inmate is administratively **transferred** when s/he is temporarily removed from his/her classification/category and placed in another facility/unit for investigative purposes.

G.　　Residential Treatment Unit (RTU) – Inmates **placed** in the RTU have serious, persistent mental illness (SPMI).  Behavioral Health Services staff determine which inmates shall be placed in the RTU for treatment.  The RTU is housed at High Security; however, inmates remain classified to their appropriate security level.

IV.　**PROCEDURES**:

A.　**General Population**

Inmates within this category shall be eligible for work assignments, educational, rehabilitative and recreational programming as available.  Inmates shall be afforded all privileges and housing assignments commensurate with their assigned security level.

B.　**Minimum Privileges**

The following are minimum privileges for each category description, unless otherwise noted, the minimum privileges are the same as general population; however, the facility Warden may alter the minimum privileges as deemed appropriate, and with the approval of the Assistant Director of Institutions and Operations (ADIO).

For a list of items inmates are authorized to have in their cell for each category, please see Attachment 1, Authorized Items in Cells, at the end of this policy.

1.　**ADMISSION/NOTIFICATION**

Inmates will receive a uniform specific to the inmate's status, as determined by the facility Warden/designee.

a.　Administrative Restrictive Status (ARS)

(1)     Facility staff may make a recommendation, in writing, for closer supervision to the facility Warden/designee, based on his/her observations of the inmate's conduct.

(2)     The inmate shall be provided written notice within five (5) days of being placed on status. The notification shall include the reason for placement on ARS status, the length of restriction, information on participation in programming, as well as, the appeal process.

b.     Transitional Confinement

Classification determination made at a Classification Board Hearing, in accordance with the most recent version of RIDOC Policy 15.01 DOC, Classification Process.

c.     Disciplinary Confinement

(1)     A detainee/inmate may be transferred from general population to Disciplinary Confinement when s/he has received a Disciplinary Confinement sanction as a result of the process outlined in the most recent version of RIDOC Policy 11.01 DOC, Code of Inmate Discipline.

(2)     In emergency situations, any staff member, with the approval of the Shift Commander, may temporarily place a detainee/inmate in Disciplinary Confinement:

(a)     to control his/her behavior;

(b)     to safeguard the detainee/inmate from himself/herself, other detainees/inmates, custodial staff, civilian employees/facilitators or members of the general public until formal authorization is received from the Warden/designee;

(c)     if the detainee/inmate poses an escape risk or threat to the security of the facility or institution; and/or

(d)     at the request of the Special Investigation Unit (SIU), Office of Inspections (OI), Office of the Attorney General or the Rhode Island State Police (RISP) due to an ongoing investigation.

---

(3)     All inmates/detainees are <u>strip</u> searched upon initial commitment, when they enter and leave Disciplinary Confinement, and when escorted to and from their destination (See the most recent version of RIDOC Policy 9.14 DOC, <u>Detecting and Confiscating Contraband on or in the Possession of Inmates-Detainees [Including Frisk, Strip and Body Cavity Searches]</u>).

d.     <u>Administrative Confinement</u>

This classification determination is made at Classification Board Hearings, in accordance with the most recent version of RIDOC Policy 15.01 DOC, <u>Classification Process</u>.

e.     <u>Administrative Detention</u>

(1)     Facility staff may make a recommendation, in writing, for closer supervision to the facility Warden/designee, based on the inmate's conduct, enemy issues, law enforcement requests and/or threats to the safety and security of the institution.

(2)     The detainee receives a completed Administrative Transfer Notice within twenty-four (24) hours of removal from general population. The form includes information on the detainee's right to object to the transfer to Administrative Detention via the Inmate Grievance Procedure (see the most recent version of RIDOC Policy 13.10 DOC, <u>Inmate Grievance Procedure</u>).

f.     <u>Administrative Transfer</u>

(1)     Inmates who are administratively transferred from their classification/category are given an <u>Administrative Transfer Notice</u>.

(2)     Copies of Administrative Transfer Notices are distributed in accordance with the distribution list on the bottom of the form.

g.     <u>Residential Treatment Unit</u>

(1)     Inmates with SPMI, who are currently in restrictive housing, are identified by Behavioral Health Services staff for

placement in the RTU.  If identified as such inmates may **not** opt out of program participation.

(2)    Inmates with SPMI who are identified by Behavioral Health Services staff as a candidate for the RTU, but who are not currently in restrictive housing, may choose **not** to participate in the program, unless Behavioral Health Services staff determines placement is warranted due to the inmate being a danger to him/herself or others.

(3)    Behavioral Health Services staff shall document an inmate's placement in the RTU in the Electronic Medical Record (EMR), and notify security staff.

(4)    Placement into the RTU shall be documented in INFACTS by the Count Board Officer upon transfer.

**NOTE:**  Inmates placed in the RTU shall attend their regularly scheduled classification hearing. Changes to classification will **not** affect their RTU placement.

2.    **HOUSING**

a.    Administrative Restrictive Status (ARS)

Same as General Population, and in accordance with their assigned security.

b.    Transitional Confinement

Housed at High Security, or at a facility as determined by the Director, ADIO and/or Associate Director of Classification.

c.    Disciplinary Confinement

The facility Warden determines the housing assignment utilized for inmates serving Disciplinary Confinement.

d.    Administrative Confinement

Housed at High Security, or at a facility as determined by the Director, ADIO and/or Associate Director of Classification.

**12.27 DOC**  
**Conditions of Confinement**

02/26/2018  
Page 8 of 20

---

e.   Administrative Detention

Housed at Intake Service Center and Women's Facility, or at a facility as determined by the Director and/or ADIO.

f.   Administrative Transfer

Temporarily placed in the facility/unit as determined by SIU/OI.

g.   Residential Treatment Unit

Inmates are housed at High Security in a housing unit determined by the Warden/designee.

3.   **RECREATION/EDUCATION AND PROGRAMMING**

Out-of-cell time outlined below is **in addition to** other out-of-cell time (e.g., meals, showering, etc.)

a.   Administrative Restrictive Status (ARS)

(1)   **Minimum** of two (2) hours per day out-of-cell recreation time with General Population inmates.

(2)   In addition, inmates may participate weekly in one (1) program, and one (1) religious service, with the approval of the Deputy Warden/designee.

b.   Transitional Confinement

(1)   **Minimum** of two (2) hours per day out-of-cell, five (5) days per week (weekends and holidays excluded).

(2)   In addition, participation in education and programming as determined by the facility Warden/designee.

c.   Disciplinary Confinement

(1)   **Minimum** of one (1) hour per day out-of-cell, five (5) days per week (weekends and holidays excluded).

(2)   Recreation will commence on the next scheduled day of recreation. (i.e. inmate transferred on Tuesday morning, s/he is offered recreation on Wednesday.)

---

> **NOTE:** In the event that the transferred inmate has been determined to be a threat to the staff, facility or his/her safety recreation may be curtailed by the Shift Commander. This must be documented and the Warden/Deputy must be notified.

    (3)    In addition, participation in education and programming as determined by the facility Warden/designee.

d.    <u>Administrative Confinement/Detention</u>

    (1)    **Minimum** of one (1) hour per day out-of-cell, five (5) days per week (weekends and holidays excluded).

    (2)    In addition, participation in education and programming as determined by the facility Warden/designee.

e.    <u>Administrative Transfer</u>

Consistent with category to which the inmate was transferred.

f.    <u>Residential Treatment Unit</u>

RIDOC's goal is to achieve a "10/10 Model" [ten (10) hours unstructured and ten (10) hours structured] for out-of-cell time; however, reaching this goal requires inmates' cooperation and participation.

> **NOTE:** The recreation schedule shall be determined by the area supervisor.

For more information on Recreation, please see <u>Section IV.D.</u> of this policy.

4.    **MEDICAL NEEDS**

All inmate health, mental health and dental needs are managed the same as general population, including but not limited to, sick call, keep on person medication (KOP), and access to physicians/dentists. All medical emergencies are attended to immediately.

> **NOTE:** The facility Warden may restrict KOP medications to inmates in Restrictive Housing, as deemed appropriate. Inmates in the RTU shall **not** be allowed to have KOP medications.

a.     <u>Health Care</u>

Nursing staff shall "trip" (do a rotation of) the Restrictive Housing units/areas daily.

For more information please refer to the most recent version of RIDOC Policy 18.43 DOC, <u>Health Evaluation of inmates in Administrative/Disciplinary Confinement</u>.

b.     <u>Mental Health</u>

(1)     Behavioral Health Services staff will interview any inmate that has completed thirty (30) days in Disciplinary Confinement, or sooner if the inmates' behavior indicates a need.

(2)     If Disciplinary Confinement continues beyond thirty (30) days, Behavioral Health Services staff will assess the inmate at least every thirty (30) days thereafter.

(3)     Behavioral Health Services staff shall meet with inmates who have acute or chronic mental illness, are currently receiving mental health treatment or who have mental health histories as clinically appropriate.

(4)     Mental health staff will review in INFACTS and the Electronic Medical Record (EMR), the records of all inmates placed in Disciplinary Confinement and Restrictive Housing.

For more information please refer to the most recent version of 18.43 DOC; <u>Health Evaluation of Inmates in Administrative or Disciplinary Confinement</u>

5.     **PERSONAL HYGIENE**

a.     Inmates receive a minimum of three (3) showers per week, daily whenever possible, excluding weekends and holidays.

b.     Laundry (including uniforms and inmate bedding) is exchanged/washed a minimum of once per week.

6.      **RESTRAINTS**

      a.      Administrative Restrictive Status (ARS)

           None.

      b.      Transitional Confinement

           None.

      c.      Disciplinary Confinement

           Handcuffed in rear when leaving housing unit.

           **NOTE:** Inmates **shall** be handcuffed in front when being escorted down stairs, and **may** be handcuffed in front when being escorted to showers.

      d.      Administrative Confinement/Detention

           Inmates are handcuffed in rear and shackled when leaving housing unit.

           **NOTE:** Inmates **shall** be handcuffed in front when being escorted down stairs, and **may** be handcuffed in front when being escorted to showers.

      e.      Administrative Transfer

           Consistent with the category to which the inmate was transferred.

      f.      Residential Treatment Unit

           **Structured Out-of-Cell Time:**  Inmates are restrained when out-of-cell for treatment sessions, education and/or programming, as determined by security staff, in consultation with Behavioral Health Services staff.

           **Unstructured Out-of-Cell Time:**  Inmates are restrained as determined by security staff, in consultation with Behavioral Health Services staff.

**NOTE:** If a conflict arises between security and Behavioral Health Services staff on restraint decisions in the RTU, the situation will be resolved by the Shift Commander.

7.   **VISITATION (<u>not</u> including legal or professional visits)**

    a.   <u>Administrative Restrictive Status (ARS)</u>

        One (1) visit per week, based on facility schedule.

    b.   <u>Transitional Confinement</u>

        One (1) visit per week, based on facility schedule.

    c.   <u>Disciplinary Confinement</u>

        None.

    d.   <u>Administrative Confinement/Detention</u>

        One (1) visit per week, based on facility schedule.

    e.   <u>Administrative Transfer</u>

        Consistent with the category into which the inmate was transferred.

    f.   <u>Residential Treatment Unit</u>

        One (1) visit per week, or as determined by Behavioral Health Services staff, on a case-by-case basis, in consultation with the Warden/designee.

8.   **PHONE CALLS (<u>not</u> including legal phone calls)**

    a.   <u>Administrative Restrictive Status (ARS)</u>

        Inmates may place phone calls while on recreation.

    b.   <u>Transitional Confinement</u>

        Inmates may place two (2) phone calls per week.

c. Disciplinary Confinement

    (1) Upon the inmate's transfer to Disciplinary Confinement, the inmate will be afforded a brief phone call to his/her immediate family to apprise them of his/her change in status.

        **NOTE:** If the inmate is exhibiting violent or problematic behavior, this phone call privilege shall wait until the inmate no longer exhibits such behavior.

    (2) After completing thirty (30) days of Disciplinary Confinement, with no bookings, inmates can receive one (1), 10-minute phone call to immediate family members.

        (a) Inmates shall request the call through the area Lieutenant.

        (b) Phone calls shall be provided on the 3-11 shift.

d. Administrative Confinement/Detention

Inmates may place one (1) phone call per week.

e. Administrative Transfer

Consistent with the category to which the inmate was transferred.

f. Residential Treatment Unit

Determined by Behavioral Health Services staff, on a case-by-case basis in consultation with the Warden/designee.

9. **ACCESS TO LEGAL MATERIALS AND ASSISTANCE**

Legal assistance is available upon request, using a Request Form. Interviews with law clerks are conducted in a secure area.

a. Detainees/Inmates housed in Disciplinary Confinement do not have physical access to the law library. Legal material will be made available in every disciplinary confinement mod/cellblock. Access to the legal cart/law books is by Law Library Request Form only. The disciplinary confinement officer will schedule time to allow disciplinary confinement inmates to access the legal material

requested. Access to the legal materials will not take the place of or be in lieu of recreation time out of cell.

b.   Detainees/Inmates housed in Disciplinary Confinement will be allowed direct "in-person" access to an inmate law clerk. The request will be made by Law Library Request Form. These forms will be made available in the disciplinary confinement mod/cellblock. An inmate law clerk will be permitted to enter the disciplinary confinement area to assist the inmate housed in Disciplinary Confinement. This access will not occur while inmates on disciplinary confinement are on recreation.

For more information on inmate access to legal materials, please refer to the most recent version of RIDOC Policy 13.03 DOC; Access to the Courts and Legal Materials.

10.   **CHANGE OF STATUS (Review and Response)**

a.   Administrative Restrictive Status (ARS)

(1)   Inmates may write the facility Warden/designee after thirty (30) days on status and request removal from status. The Warden/designee shall base his/her decision on the inmate's conduct and staff reports.

(2)   The inmate will be provided with a written response approving or denying his/her request within ten (10) days of reviewing the request.

b.   Transitional Confinement

An inmate's classification is reviewed at least once every ninety (90) days or sooner. Inmates are notified one (1) month in advance of their reclassification hearing date.

Inmates may request, in writing, a review of their classification sooner. For more information on the classification process, please see the most recent version of RIDOC Policy 15.01 DOC; Classification Process.

c.   Disciplinary Confinement

(1)   In addition to the Warden's Review (as outlined in the most recent version of RIDOC Policy 11.01 DOC; Code of Inmate

Discipline, inmates may also write the facility Warden/designee after being discipline-free for forty-five (45) days to request a suspension of his/her remaining disciplinary confinement time. The Warden/designee shall base his/her decision on the inmate's conduct, staff reports and any other relevant information.

**NOTE:** The Warden/designee may consider suspension and/or step-down to LOP status.

**NOTE:** Staff may recommend a review of an inmate's status as any time.

(2)     The Warden/designee shall provide the inmate with a written response approving or denying his/her request within ten (10) days of reviewing the request.

(3)     Wardens/Deputy Wardens shall make cell-to-cell visits in the disciplinary confinement unit no less than once every month.

**NOTE:** For the notification and review process regarding detainees/inmates in Disciplinary Confinement, please refer to the most recent version of RIDOC Policies 11.01 DOC, Code of Inmate Discipline and 18.43 DOC, Health Evaluation of Inmates in Administrative/Disciplinary Confinement.

(4)     Suspension of Remaining Disciplinary Confinement Time

    (a)     An inmate/detainee may have some or all of his/her remaining disciplinary confinement time suspended or commuted in one of the following ways:

        i.     Upon recommendation of **Mental Health/Medical staff**. The Mental Health/Medical staff may recommend to the facility Warden or designee to suspend a portion or the remaining disciplinary confinement time for medical/mental health reasons.

        ii.     Upon recommendation of **custodial staff** or area supervisor. The area correctional staff may recommend to the facility Warden or designee

to suspend a portion or the remaining disciplinary confinement time based on an observed improvement in the inmate/detainee's behavior while housed in disciplinary confinement.

iii.  Upon inmate/detainee **written request**. The inmate/detainee serving the disciplinary confinement time who has been discipline-free for forty-five days (45) may write to the facility Warden or designee to suspend a portion or the remaining disciplinary confinement time.

iv.  Upon **scheduled long-term review**. The facility Warden/designee may, at his or her discretion, suspend or commute a portion of the remaining disciplinary confinement time during the scheduled long-term review process.

(b)  The Warden may utilize the following when considering suspension of disciplinary confinement time:

    i.  Severity of Original Infraction
    ii.  Inmate's Discipline History
    iii.  Staff Recommendation of inmate's behavior
    iv.  Inmate and Family Letters
    v.  Demonstrated positive behavior
    vi.  Interview with inmate
    vii.  Additional Inmate Reports (i.e. Classification, SIU, Inspectors, Intelligence, etc.)

(c)  The Warden's decision shall be in writing and shall include the following:

    i.  Denial of the request due to a factor that is explained in the response letter. The inmate shall be provided with a date to reapply for reconsideration.

    ii.  Approval of the request with the following restrictions:

12.27 DOC                                                                02/26/2018
Conditions of Confinement                                            Page 17 of 20

- Return to normal status
- Return to Administrative Restrictive Status for a defined period of time
- Return to Normal Status/ARS but program attendance is required

(d)    Records of these requests and responses are maintained by the Warden/designee in the inmate discipline module in INFACTS.

d.    Administrative Confinement

An inmate's classification is reviewed at least once every ninety (90) days or sooner if recommended by the facility Warden after meeting with security and programming staff. Inmates are notified one (1) month in advance of their reclassification hearing date.

Inmates may request a review of their classification sooner. Such requests shall be made in writing to the Director, ADIO and/or Associate Director of Classification. For more information on the classification process, please see the most recent version of RIDOC Policy 15.01 DOC; Classification Process.

e.    Administrative Detention

(1)    Initial Review:

A superior officer conducts an initial review with the detainee within five (5) working days of his/her transfer to Administrative Detention.

(2)    Subsequent Reviews:

The facility Warden conducts a thirty (30) day review, with a referral to the ADIO to review every ninety (90) days.

(3)    If a detainee remains in Administrative Detention for more than thirty (30) days, a Behavioral Health Services staff member shall make a mental health assessment (including progress notes in the electronic medical record [EMR]) at least every thirty (30) days thereafter, or more often as clinically indicated. (For more information, please refer to the most

recent version of RIDOC Policy 18.43 DOC; Health Evaluation
of Inmates in Administrative or Disciplinary Confinement.)

(4)     Removal from Administrative Detention:

(a)     The facility Warden/designee instructs the Shift
Commander to remove the detainee from
Administrative Detention status, and instructs the
Count Officer to document the removal in INFACTS.

(b)     The Count Officer ensures the detainee's status is
accurately reflected on the "Events" screen in
INFACTS.

f.      Administrative Transfer

The Associate Director of Classification determines if the inmate's
administrative transfer warrants an Administrative Transfer
Classification Hearing.

If the Associate Director of Classification determines a hearing is
warranted, s/he shall notify the inmate through his/her counselor.

g.      Residential Treatment Unit

Inmates in the RTU are assessed on an on-going basis by Behavioral
Health Services staff.

Behavioral Health Services staff determines when inmates have
completed treatment and when they will return to their classified
facility. Behavioral Health Services staff shall note the inmate's
completion of treatment in the EMR and notify security staff. The
inmate's placement back into his/her classified facility shall be
documented in INFACTS by the Count Board Officer upon transfer.

C.      **Reduction of Privileges (Disciplinary Confinement Only)**

No detainee/inmate, while in Disciplinary Confinement, is to have his/her
minimum privileges reduced (any item or activity allowed under the minimum
privileges provisions) subject to the following:

1.      Whenever a Shift Commander determines there is danger that an inmate
has or will destroy items required to be furnished, or that an inmate may

be injurious to himself or others, some or all of the minimal privileges may be denied.

2.    Upon removal of any minimal entitlement, a Reduction of Privileges Form shall be completed and forwarded to the Warden/designee by the end of their shift.

3.    Upon receipt of a completed Reduction of Privileges Form, the Warden or designee shall arrange for Behavioral or Health Care services to visit the inmate as soon as possible.

    a.    Any recommendations made by Behavioral or Health Care Services shall be taken under consideration and discussed with the Case Management Team.

    b.    Recommendations made that indicate the inmate has a chronic or acute disorder that may be negatively affected by the reduction of privilege(s) shall be immediately addressed.

    c.    The Warden/designee shall be notified immediately after the issue has been addressed.

4.    In all cases where minimal privileges are reduced, they shall be restored (incrementally or fully as determined by the Case Management Team) as soon as it appears to be consistent with the safety of the unit and the inmate.

D.    **Recreation** (General Information)

RIDOC affords maximum recreational opportunities for inmates consistent with the secure and orderly operation of all facilities. Recreational opportunities consist of both active and passive activities, including but not be limited to the following:

1.    Active:
    a.    Gross motor activities (e.g., team sport activities)
    b.    Access to strength training and cardiovascular equipment

2.    Passive:
    a.    Playing cards
    b.    Board games
    c.    Television viewing
    d.    Listening to radios/music
    e.    Reading libraries and/or book collections

f.   Avocational programs such as painting/drawing, creative writing, etc. may be made available on a part-time basis in all facilities when consistent with the needs and orderly operation of each facility.

3.   Inmates confined to infirmaries are afforded the opportunity for recreation including exercise. The amount and type of exercise may be limited by doctor's order.

4.   Each facility affords all general population inmates access to activities on a routinely scheduled basis consistent with the orderly operation of that facility. Access is defined in terms of *daily* minimal out-of-cell times as set forth by each facility:

| Facility | Minimal Out-of-Cell Time |
|---|---|
| Intake Service Center | 6.25 hours |
| Intake Service Center (Protective Custody inmates who are sentenced and classified) | 10 hours |
| High Security Center (Protective Custody Only) | 10 hours |
| Maximum Security | 8.5 hours |
| Medium Security | 10 hours |
| Women's Facility | 13 hours |
| Minimum Security | 10 hours |

5.   The above schedule accommodates access to both indoor and outdoor recreation opportunities on a seasonal and "weather permitting" basis.

6.   Alterations to the above schedule may occur as a result of emergencies or other overriding conditions.  The schedule will be restored as soon as practicable within the safe and orderly operation of the facility.

a.   Any disruption or alteration to this schedule is noted, consistent with the most recent version of RIDOC Policy 9.05 DOC, Institutional Log Book System, and facility-specific log book procedures.

b.   The facility Warden or designee is notified of disruptions/alterations.

c.   All efforts are made to restore the normal schedule as soon as possible.

## Authorized Items in Cells

### Items Not Listed Require Common Sense

| | Administrative Confinement | Administrative Detention | Transitional Confinement | Disciplinary Confinement |
|---|---|---|---|---|
| **Clothing / Personal Items** | | | | |
| Uniform | 2 | 2 | 2 | 2 |
| Bras (Female Inmates, or as authorized) | 6 | 6 | 6 | 6 |
| Socks, Underwear, Tee Shirts | 8 pair each | 8 pair each | 8 pair each | 8 pair each |
| Thermal Underwear | 2 pair | 2 pair | 2 pair | 2 pair |
| Gym Shorts, Sweat Pants, Sweat Shirts | 2 each | 2 each | 2 each | 2 each |
| Coat (Winter issue Item) | 1 | 1 | 1 | 1 |
| Baseball Cap, Knitted Toque | 1 / 1 | 1 / 1 | 1 / 1 | 1 / 1 |
| Pajamas | 2 pair | 2 pair | 2 pair | 2 pair |
| Shower Shoes *or* Sandals | 1 pair | 1 pair | 1 pair | 1 pair |
| Sneakers / Boots | 2 / 0 | 2 / 0 | 2 / 1 | 2 / 1 |
| Handkerchiefs | 4 | 4 | 4 | 4 |
| Eyeglasses with Cases | 2 pair | 2 pair | 2 pair | 2 pair |
| Sunglasses | 0 | 0 | 1 | 0 |
| Bath Towels, Face Cloths | 4 | 4 | 4 | 4 |
| Laundry Bags | 2 | 2 | 2 | 2 |
| Pillow, Blanket | 1 each | 1 each | 1 each | 1 each |
| Sheets and Pillowcases | 2 sets each | 2 sets each | 2 sets each | 2 sets each |
| **Reading Material** | | | | |
| Newspapers / Current | 2 | 2 | 2 | 2 |
| Books (Paperback Only), Magazines | 6 | 6 | 6 | 4 |
| Photo Album with Pictures (25 photos / not to exceed 4 x 6) No Nudity / No Backing | 1 | 1 | 1 | 1 |
| Decks of Playing Cards (Pinochle requires 2 Decks) | 2 | 2 | 2 | 2 |
| Board Game | 0 | 0 | 1 | 0 |
| Legal Material | 1 cubic foot | 1 cubic foot | 1 cubic foot | 1 cubic foot |
| Education Books (Currently Enrolled) / Dictionary | 4 / 1 | 4 / 1 | 4 / 1 | 4 / 1 |
| **Writing Material** | | | | |
| Stationary Pads - Notebook | 2 | 2 | 2 | 2 |
| Letters | 15 | 15 | 15 | 15 |
| Envelopes | 40 | 40 | 40 | 40 |
| Books of Stamps (40 Stamp Limit - Not Loose) | 4 | 4 | 4 | 4 |
| Pencils | 4 | 4 | 4 | 0 |
| Ball Point Pens / Flex Pen Issued | 2 | 2 | 2 | 2 (flex pens) |
| Boxes Color Pencils | 2 | 2 | 2 | 0 |
| Greeting Cards | 6 | 6 | 6 | 6 |
| Address Book / Calendar | 1 each | 1 each | 1 each | 1 each |
| **Jewelry / Religious Items** | | | | |
| Wedding Band (Only if Married) | 1 | 1 | 1 | 1 |
| Watch ($75.00 Limit) | 1 | 1 | 1 | 1 |
| Religious Medal with Chain ($75.00 Limit) | 1 | 1 | 1 | 1 |
| Religious Headwear | 2 | 2 | 2 | 2 |
| Religious Oil (1 oz. bottles) | 2 | 2 | 2 | 2 |
| Bible / Koran / Religious Manual | 1 | 1 | 1 | 1 |
| **Electronics** | | | | |
| Television / Radio / MP4 | 1 each | 1 each | 1 each | 0 |
| Sets Headphones / Earphones | 2 | 2 | 2 | 0 |
| Fan / Hot Pot / Power Strip | 1 each | 1 each | 1 each | 0 |
| **Cosmetics** | | | | |
| Mirrors | 1 | 1 | 2 | 1 |
| Tooth Brushes | 1 | 1 | 2 | 1 (as supplied by housing unit) |
| Rolls Toilet Paper (Store Bought) *or* State | 2 / 2 | 2 / 2 | 2 / 2 | 2 / 2 |
| Soap | 4 | 4 | 4 | 4 |
| Cosmetics / Deodorant / Shaving | 2 each | 2 each | 2 each | 2 each |
| Tooth Paste | 1 | 1 | 1 | 1 |
| Assorted OTC Medicine | 5 | 5 | 5 | 5 |
| Toe Nail Clipper / Finger Nail Clipper (Not to be kept in cell) | 1 each | 1 each | 1 each | 1 each |
| Razors (Correctional Officers may distribute and retrieve razors daily) | 10 | 10 | 10 | 10 |
| Comb / Hairbrush / Shampoo | 1 each | 1 each | 1 each | 1 each |
| **Commissary Items** | | | | |
| Boxes Tea Bags | 3 | 3 | 3 | 0 |
| Bags Coffee *or* Single Serve Coffee | 3 / 50 | 3 / 50 | 3 / 50 | 0 |
| Bags Creamer | 4 | 4 | 4 | 0 |
| Bags Sugar | 5 | 5 | 5 | 0 |
| Assorted Candy Bars | 20 | 20 | 20 | 0 |
| Bags Assorted Chips / Rice | 10 | 10 | 10 | 0 |
| Assorted Soups / Meals / Rice | 24 | 24 | 24 | 0 |
| Boxes Oatmeal | 3 | 3 | 3 | 0 |
| Peanut Butter / Jelly | 2 each | 2 each | 2 each | 0 |
| Juice Drinks | 20 | 20 | 20 | 0 |
| Cereal Packs | 10 | 10 | 10 | 0 |
| Assorted Pastry Products / Cookies | 6 | 6 | 6 | 0 |
| Kool Aid Packs *or* Single Serve Drinks | 5 / 50 | 5 / 50 | 5 / 50 | 0 |
| Bowls / Cups / Fork / Spoon | 2 each | 2 each | 2 each | 0 |