# EXHIBIT E

# HIGH SECURITY CENTER




## RESIDENTIAL TREATMENT UNIT (RTU)
## INMATE ORIENTATION MANUAL 2018

Jeffery Aceto

WARDEN

Michael Moore

DEPUTY WARDEN

Dr. Louis Cerbo

DIRECTOR OF BEHAVIORAL HEALTH

Caitlin Bouchard

CLINICAL PSYCHOLOGIST

Victoria O'Hearn

UNIT ADMINISTRATOR

Lieutenant Robert Sayles

UNIT SUPERVISOR

# TABLE OF CONTENTS

Introduction ........................................................................................................................................3

Mission of the RTU .............................................................................................................................3

Orientation Process..............................................................................................................................3

Out-of-Cell Time .................................................................................................................................3

Phase System .......................................................................................................................................4

    Phase 1: 2 Weeks............................................................................................................................4

    Phase 2: 4 Weeks............................................................................................................................5

    Phase 3: 6 weeks ...........................................................................................................................5

    Phase 4: 8 weeks ...........................................................................................................................6

    Transition Phase: ...........................................................................................................................7

Incentive Program ...............................................................................................................................8

Structured Programming ......................................................................................................................9

Accountability Status .........................................................................................................................10

Discharge from the RTU ....................................................................................................................10

Termination from the RTU.................................................................................................................11

**The following manual is intended as a guideline and is not all encompassing. The rules and information contained in this manual are subject to change at any time, at the sole discretion of the Department of Corrections. When such changes occur, inmates will be notified as necessary. Inmates are subject to all other appropriate Department and facility rules and policies.**

## Introduction

The Residential Treatment Unit (RTU) is designed as an alternative to disciplinary confinement for inmates designated as Seriously and Persistently Mentally Ill (SPMI), and who are deemed clinically appropriate based on the clinical referral process.

The RTU utilizes an integrated approach that involves the close collaboration of mental health professionals and security professionals in the development and implementation of a comprehensive treatment plan. The program consists of four (4) phases. Advancement through the phases is based on the participant's behavioral stability.

When an inmate is assigned to the RTU, the Warden from the facility, where the inmate was residing will use discretion to suspend disciplinary sanctions; so that the inmate can fully benefit from the program.  If the inmate is terminated from the program, the Warden has the authority to reinstate the Disciplinary Confinement Unit (DCU) time.

## Mission of the RTU

The mission of the RTU is to provide inmates with programming, treatment and structure as an alternative to placement in a Disciplinary Confinement Unit or an Administrative Confinement Unit, or when deemed clinically appropriate. The goal of the placement in the RTU is to assist inmates to achieve their highest level of functioning by developing alternative coping skills that result in behavioral stability sufficient to return to general population.

## Orientation Process

Upon entering the RTU, each inmate will be required to sign an Admission Agreement acknowledging enrollment in the program. Inmates will be issued a copy of the RTU Inmate Orientation Manual and be required to sign a receipt.

Inmates are responsible for the retention and maintenance of the manual and will only be re-issued one (1) when a revision/update is made to the document. In addition, a copy of the manual will be available in the D control center.

Each inmate will meet with the treatment team, which consists of both security and clinical staff, to review the RTU Inmate Orientation Manual. At that time, the day-to-day operations of the program, treatment opportunities and treatment expectations will be explained.

## Out-of-Cell Time

As a general rule, all RTU participants will be scheduled for 10 (ten) hours of out-of-cell **structured** programming each week **and** 10 (ten) hours of **unstructured** time.

- **Structured** programming will include mental health programming, one-on-one sessions, activity groups and other programming led by a staff member.

- **Unstructured** time will include recreation, maintaining a job, visits, and other activities.

## Phase System

The RTU is designed to assist inmates with achieving their highest level of functioning through the use of an incentive-based system. The Phase System is the basis for this program. When an inmate is admitted into the RTU, the treatment team will determine the phase that is most appropriate for the inmate's clinical presentation and recent behavior. The treatment team will develop individualized time frames to allow the inmate to progress through all phases when clinically indicated.

Advancement from one phase to the next is determined by clearly defined time frames, as detailed below.

1. **Phase 1: Two Weeks**

   Phase 1 provides an initial clinical assessment, an introduction to the Phase and Incentive Systems and an orientation to the RTU. During this time, the inmate works with staff to develop a Treatment Plan that identifies behavioral and clinical treatment needs, as well as goals.

   Inmates will be placed in Phase 1 of the program for following reasons:

   - The inmate is transferred to the RTU directly from disciplinary confinement. (Regardless of when the disciplinary time expires, the inmate will spend two weeks in Phase 1.)

   - The inmate had been placed on Accountability Status while in another phase.

   Phase 1 Privileges and Restrictions:

   - Reading Material (leisure and homework) available in cell
   - Radio/MP4 Player in-cell only
   - One (1) Ten (10) minute phone call per week
   - One (1) no-contact visit per week
   - One (1) out-of-cell movie per week offered in dayroom
   - Store orders up to $35.00 per week
   - Escorted in restraints to and from all activities

   After two (2) consecutive weeks in Phase 1, without problematic behavior, the inmate will transition to Phase 2.

2.      **Phase 2: Four Weeks**

Phase 2 Privileges and Restrictions:

- Reading material (leisure and homework) available in cell
- Radio/MP4 player <u>in-cell only</u>
- Two (2) Ten (10) minute phone calls per week
- Television in-cell when <u>not</u> in programming ONLY IF IN PROPERTY
- One (1) non-contact visit per week
- Additional weekend non-contact visit
- Escorted in restraints to and from all activities
- Inmate is eligible for a job
- Inmate is eligible to wear outdoor recreation attire for recreation
- Inmate may purchase store orders up to $35.00 per week

After four (4) consecutive weeks in Phase 2, without problematic behavior, the inmate will transition to Phase 3.

3.      **Phase 3: 6 weeks**

Retention in phase 3 is contingent upon 80% weekly group attendance in programming (not including excused absences). Inmates who do not maintain at least 80% attendance will receive a reduction in phase placement and will return to Phase 2.

Phase 3 Privileges and Restrictions:

- Reading material (leisure and homework) available in cell
- Radio/MP4 player allowed in outdoor recreation
- Television in-cell when not in programming
  *Inmate has the opportunity to earn a program TV, provide by RTU
- (Two) 2 15 (Fifteen) minute phone calls per week
- Inmate is eligible for a job
- Inmate is eligible to wear outdoor recreation attire for outdoor recreation
- IM is allowed radio/MP player outside on recreation
- (1) non-contact visit per week
- Additional weekend non-contact visit
- Restraints (leg irons and hand cuffs). Inmates may have a reduction in restraints (removal of leg irons **or** hand cuffs) to be determined by the treatment team. The treatment team may also approve reduced restraints during escort to and from restart chairs for groups,

recreation and showers; however, inmates are usually restrained for regular movement within the unit.

- Inmate may purchase store orders up to $45.00 per week

After two (2) consecutive months in Phase 3, without problematic behavior, the inmate will transition to Phase 4.

4.    **Phase 4**: 8 weeks

Retention in Phase 4 is contingent on 80% group attendance in programming (not including excused absences). Inmates who do not maintain at least 80% attendance will receive a reduction in phase placement and will return to Phase 3.

Phase 4 Privileges and Restrictions:

- Reading material (leisure and homework) available in cell
- Radio/MP4 player allowed in outside recreation
- Two (2) Twenty (20) minute phone calls per week
- Inmate is eligible for a job
- Television in-cell when not in programming
- Inmate is allowed radio/MP4 player outside on recreation
- Inmate may purchase store orders up to $45.00/week
- Inmate is allowed (1) non-contact visit per week
- Inmate will eligible to possess a Tablet issued by the RTU (The tablet is property of the RTU)
- Restraints (leg irons and hand cuffs). Inmates may have a reduction in restraints (removal of leg irons **and/or** hand cuffs) to be determined by the treatment team. The treatment team may approve inmates to move unrestrained to and from groups, recreation, showers and other activities as deemed appropriate; however, inmates are generally restrained for regular movement within the unit.

At the end of Phase 4, after the inmate has efficiently completed all of the 4 phases, the inmate is awarded the opportunity to successfully complete the program and will be awarded 30 days of good time. Lastly, in order for an inmate to complete the program, he must demonstrate:

- The ability and willingness to abide by and comply with prison rules and regulations
- The ability to demonstrate stable behavior and respect for others
- The ability to complete all assigned tasks within designated time frame
- The ability to demonstrate an understanding of his condition and to exercise self-control

5.    **Transition Phase**:

The Transition Phase serves as an option for the inmate upon program completion. The purpose of the Transition Phase is to provide the inmate an extension of his time to remain on the unit and participate in programming. The decision for an inmate to remain in the transition and the time frame will be considered on a case by case basis. Examples of an inmate to remain in Transition Phase include, an inmate waiting to see the parole board, or classification board. The Transition Phase may also be utilized if removing the inmate from the unit will be detrimental to his mental health status.

\*Retention in the Transition Phase is contingent on attendance at, and participation in, 80% of offered **structured** out-of-cell programming each week (not including excused absences). Inmates who do not maintain 80% attendance (and participation) will receive a reduction in phase placement and will return to Phase 3.

Transition Phase Privileges and Restrictions:

- Reading material (leisure and homework) available in-cell.
- Radio/MP4 allowed in outdoor recreation
- Two (2) Twenty (20) minute phone calls per week.
- Television in-cell when not in programming
- One (1) non-contact visit per week
- Restraints (leg irons and hand cuffs). Inmates may have a reduction in restraints (removal of leg irons **and/or** hand cuffs) to be determined by the treatment team. The treatment team may approve inmates to move unrestrained to and from groups, recreation, showers and other activities as deemed appropriate; however, inmates are generally restrained for regular movement within the unit.

## Incentive Program

In addition to the phase system described above, an incentive system will provide individualized incentives to each program participant. Incentives are a proven method for increasing pro-social behavior and reducing problematic behaviors. Within the incentive program design are also life skill opportunities such as basic math, reading, learning to save and plan, and enabling positive social communication.

The incentive program provides RTU inmates the opportunity to earn points that may be redeemed for items and activities on a regularly scheduled basis, as follows:

- **Daily Incentive Points:** <u>An inmate may earn up to seven (7) daily incentive points per week</u>. The award of incentive points is based upon the inmate's daily performance. An inmate who follows the institutional rules and regulations as evidenced by not receiving a <u>discipline report</u> will earn one (1) incentive point for the day.

- **Structured Activity/Treatment Points:** <u>Structured activity or treatment points are earned based on attendance, without disruptive outbursts, at all out-of-cell structured activities</u>. An inmate may earn one (1) point for each hour he attends scheduled programming, which includes both groups and individual programming, with no disruptive behavior. Treatment is offered Monday through Friday.  An inmate who does not have an excused absence, who asks to leave group early or is escorted out of the group due to disruptive behavior, shall not earn a treatment point.

- **Unstructured Activity Points:** <u>Unstructured activity points are earned based on attendance, without disruptive outbursts, during out-of-cell unstructured activities</u>. An inmate may earn a maximum of ten (10) points each week, providing that he attends scheduled out-of-cell unstructured activity, with no disruptive behavior. An inmate, who asks to leave out-of-cell unstructured activity/job before it has ended or is escorted out of the activity/job due to disruptive behavior, shall not earn the points.

Each week, the inmate's total points are tallied on the Incentive Program Order Form.

1. The inmate is informed both verbally and in writing of all points earned, and the number of points that the inmate could have earned but failed to due to lack of attendance or behavioral outbursts.

2. The inmate may then "order" items using his points. Inmates will receive an Incentive Program Order Form from RTU staff as appropriate.

   a. Items are given point values ranging from zero (0) points to 40 (forty) points.
   b. Unused points may be carried over from week to week.
   c. <u>Inmates may not spend more than forty (40) points in a given week.</u>

The following is an example of incentive points that can be earned each week:

- One (1) point for each hour of attendance in **structured** programming, without disruption.

- Ten (10) points attendance in **unstructured** programming, without disruption.

- One (1) point for each day **without receiving any disciplinary reports**.

- Ten (10) bonus points for participating in ten (10) hours of **structured activity**; scheduled one-on-one session with the assigned mental health professional.

## Structured Programming

The following is an overview of **structured** out-of-cell programming and activities offered in the RTU on a rotating basis:

- The fundamental programming is provided by the contractor, The Providence Center, utilizing the "Start Now" curriculum.  "Start Now" is a an Evidence based curriculum developed by the University of Connecticut, in response to a study completed by National Institute of Justice. Start Now model is based on a combination of therapeutic approaches, including; Cognitive-Behavioral Therapy, Dialectical Behavior Therapy, and Motivational Interviewing. The curriculum aims to treat offenders, who suffer from significant mental health and behavioral issues, by helping them understand the connection between thoughts, emotions, and behaviors, and also reinforcing responsibility for behaviors."

- Psychoeducational Groups
- Activity Groups
- Substance Abuse and Relapse Prevention
- Book Discussion/Movie Group
- Special Topic Groups (including, but not limited to, communication skills, pro-social advocacy, how to cope with a cell-mate and how to cope in the dining room)
- Art Groups
- Life Skills Groups
- Core Skills (including, but not limited to, brainstorming, assertion, calming, danger spotting, focusing, self-listening)
- Motivational Enhancement (including, but not limited to, motivation and ambivalence, internal control, learned behavior sequence, problem identification)
- Individual Treatment

## Accountability Status

Placement on Accountability Status is a clinical determination made by the RTU Administrator or RTU Unit Manager

Placement on Accountability Status is based on the following:

- Documentation of problematic behavior including incident reports, disciplinary reports, treatment notes or group notes. Any disciplinary report will result in immediate placement on Accountability Status.

- An inmate on Accountability Status is not allowed to attend group programming. The RTU Administrator or RTU Unit Manager will review the clinical status of each inmate on Accountability Status to determine when the inmate is clinically appropriate to transition from Accountability Status to Phase 1. Placement on accountability status is generally 48 hours minimum.

- An inmate on Accountability Status may earn up to (1) daily incentive point for not engaging in disruptive behavior (not receiving disciplinary report). An inmate who is placed on Accountability Status is not allowed to spend points until the next week when incentive points are calculated. When an inmate transitions from the Accountability Phase to Phase 1, the inmate will begin the phase system again and earn incentives as outlined in the Phase System.

## Discharge from the RTU

An inmate may be eligible to discharge from the unit once the inmate has demonstrated sufficient skills, the ability to act in a pro-social manner, and is compliant with his prescribed mental health medication. It is the expectation that inmates discharge from the RTU after he successfully progresses through the Phase System.

## Termination from the RTU

An inmate may be considered for termination from the RTU prior to completion of the program if;

- the inmate engages in assaultive behavior, **or**
- presents severe behavioral problems without demonstration of any effort to change, **and**
- it is the consensus of the RTU treatment team that the behavior has not improved and shows no indication of future change.

Termination shall not be considered without evidence and documentation of consistent refusal to engage in programs, or chronic disruptive behavior that compromises the integrity of the program.

Reconsideration to re-enter the unit will be determined on a case-by-case basis.