# EXHIBIT H

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
## POLICY AND PROCEDURE

| | | |
|---|---|---|
| **POLICY NUMBER:** 18.43-3 DOC | **EFFECTIVE DATE:** 12/02/19 | **PAGE 1 OF 4** |
| **SUPERSEDES:** 18.43-2 DOC | **DIRECTOR:** [signature] | Please use BLUE ink. |

| **SECTION:** HEALTH CARE SERVICES | **SUBJECT:** HEALTH EVALUATION OF INMATES IN ADMINISTRATIVE AND/OR DISCIPLINARY CONFINEMENT |
|---|---|

**AUTHORITY:** Rhode Island General Laws (RIGL) § 42-56-10 (22), Powers of the director

**REFERENCES:** NCCHC P-G-02 (essential), Segregated inmates; NCCHC P-F-03 (essential), Mental health services; the most recent versions of RIDOC policies 11.01 DOC, Code of Inmate Discipline; 18.00 DOC, Treatment Philosophy and Access to Care; 18.20 DOC, Pharmaceutical and Medical Device Distribution; 18.34 DOC, Daily Handling of Non-Emergency Medical Requests and Sick Call

| **INMATE / PUBLIC ACCESS?** | **X YES** |
|---|---|
| **AVAILABLE IN SPANISH?** | **X NO** |

I. **PURPOSE:**

To ensure inmates at the Rhode Island Department of Corrections (RIDOC) who are placed in administrative and/or disciplinary confinement receive appropriate medical and/or mental health supervision, treatment, and related health services when indicated.

II. **POLICY:**

A. All inmates who are separated from the general population for administrative and/or disciplinary reasons have access to Health Care Services staff and health care services (including medical, mental, and dental services), and shall be regularly monitored for any changes in their mental or physical health status.

B. Health Care Services staff who conduct medical record reviews and/or personally interview, evaluate, or treat inmates in administrative and/or disciplinary

confinement shall document such reviews or encounters in the inmates' Electronic Medical Record (EMR).

C. Mental health services will continue as deemed appropriate by Behavioral Health Services staff while the inmate is in administrative and/or disciplinary confinement.

D. Behavioral Health Services and/or Health Care Services staff will promptly identify and inform Shift Command or the Warden's designee of inmates who are physically or psychologically deteriorating and those exhibiting other signs or symptoms of failing health.

E. Any RIDOC staff member who is aware that an inmate who is placed in administrative and/or disciplinary confinement was receiving mental health services prior to such placement, or who notes that an inmate is exhibiting a change in mental health status while under such confinement, refers said inmate to a member of RIDOC's Behavioral Health Services staff directly or through the facility's nursing staff.

III. PROCEDURES:

A. Notifications:

1. Behavioral Health Services staff check the Discipline Menu--Awaiting Hearing Report in the Inmate Facility Tracking System (INFACTS) daily for all discipline reports issued in their facility. The medical records of all inmates who enter administrative and/or disciplinary confinement are then reviewed.

2. Security staff shall immediately notify Behavioral Health Services staff whenever an inmate in administrative and/or disciplinary confinement exhibits signs or symptoms of a deterioration of mental health.

3. Wardens, Deputy Wardens and Behavioral Health Services staff shall receive an e-mail notification of any inmate who has been in administrative and/or disciplinary confinement for more than thirty (>30) days. This notification is automatically generated by INFACTS beginning on the twenty-fourth (24th) day of confinement. Behavioral Health Services staff are alerted that the deadline for the assessment of inmates who remain in administrative and/or disciplinary confinement for more than thirty (>30)

days is approaching. (For more information regarding this review process, please see the most recent version of RIDOC policy 11.01 DOC, <u>Code of Inmate Discipline</u>.)

B.  Mental Health Services Review and Documentation:

   1. Behavioral Health Services staff review the medical records of all inmates who enter administrative and/or disciplinary confinement.

      a. Such medical record reviews occur during the first business day following the inmate's admission to the administrative and/or disciplinary confinement unit/area (e.g., if an inmate is placed in administrative and/or disciplinary confinement on Tuesday, the medical record review is conducted by the close of business on Wednesday; if an inmate is placed in administrative and/or disciplinary confinement on Friday, and Monday is a holiday, the medical record review is conducted by the close of business on Tuesday, etc.)

      b. The Behavioral Health Services clinical staff member who conducts the medical record review enters an appropriate note in the inmate's EMR.

   2. Nursing staff will tour the confinement units/areas **daily**. These rounds are documented by:

      a. Custody staff – in Administrative and/or Disciplinary Confinement Log Books.

      b. Health Care Services staff – on the Administrative/Disciplinary Confinement Daily Health Status Check Sheet (also known as "log cards") posted by each inmate's cell.

         <u>NOTE</u>: After an inmate is discharged from administrative and/or disciplinary confinement, all "log cards" are filed in his/her medical record.

   3. Behavioral Health Services staff shall review the mental health status of inmates who have been in administrative and/or disciplinary confinement for more than thirty (>30) days and document their findings in the inmate's medical record. (For more information regarding this review process, please

18.43-3 DOC, Health Evaluation of Inmates in Administrative and/or Disciplinary Confinement

12/02/19
Page 4 of 4

  see the most recent version of RIDOC policy 11.01 DOC, <u>Code of Inmate Discipline</u>.)

  a. Behavioral Health Services clinical staff shall interview all inmates who remain in administrative and/or disciplinary confinement for more than thirty (>30) days. This interview will occur on the first business day following the thirtieth (30th) day in such confinement.

  b. If administrative and/or disciplinary confinement continues beyond thirty (>30) days, a Behavioral Health Services staff member shall repeat assessments at clinically appropriate intervals, but at least once every thirty (30) days thereafter.

  c. All Behavioral Health Services staff encounters, assessments, and notes will be documented in the inmate's EMR.

4. All notifications received from custody or other staff regarding any inmate's altered mental state or mental health needs shall be documented by the Behavioral Health Services staff member who received the notification in the inmate's EMR and in the facility's daily log. Documentation shall include:

  a. the name of the staff person making the referral;

  b. the date and time of the referral; and

  c. the reason for the referral.