UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH MORRIS, individually and on behalf of
All other similarly situated

   v.                C.A. 69-cv-4192-JJM

PATRICIA COYNE-FAGUE, in her capacity as the
Director of the State of Rhode Island Department of
Corrections, successor to ANTHONY TRAVISONO

## ORDER

   Defendant having filed a motion, pursuant to 18 U.S.C. §3626, to terminate the Morris consent decree (ECF 2), the order entered by this Court contained in the "Memorandum and Order" dated January 28, 2020, (ECF 71) for Defendant, RIDOC, to "reinstate the Morris Rules as its disciplinary policy in their entirety and without modification within thirty days" is hereby STAYED, until further order of this Court.

   The time within which Plaintiff shall file his response to the Defendant's Motion to terminate the Morris consent decree (ECF 2) is hereby STAYED, until further order of this Court.

SO ORDERED:

_____
John J. McConnell, Jr.
Chief U.S. District Judge
February 7, 2020