Richard Paiva, 86429
P.O. Box 8273
Cranston, RI
02920

U.S. DISTRICT COURT
DISTRICT OF R.I.
MAR 23 2020
FILED

U.S. District Court
One Exchange Terrace
Providence, RI
02903

