Richard Paiva, 86425
P.O. Box 8273
Cranston, RI
02920

U.S. District Court
One Exchange Terrace
Providence, RI
02903

ZIP 02920
02 4W
0000368061 JUN 03 2020

US POSTAGE

$ 000.50°

Richard Paiva, 86429
ACI- Maximum Security
P.O. Box 8273
Cranston, R.I.
02920

June 2, 2020

Dear clerk:

Please send me a docket sheet
Morris v. Coyne-Fague, C.A. No. 69-419

Thank you

Richard P.