UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD PAIVA, *as successor to JOSEPH MORRIS, individually and on behalf of all others similarly situated*, <br>     Plaintiff, <br> <br>      v. <br> <br> WAYNE SALISBURY, *in his capacity as the Director of the State of Rhode Island Department of Corrections, as successor to ANTHONY TRAVISONO*, <br>     Defendant. | C.A. No. 69-cv-4192-JJM-PAS |

ORDER

Rudy Sepulveda, a class member in this action, moved to hold the Defendant in contempt claiming that it violated an Interim Order of this Court (ECF No. 28). ECF No. 32. The Magistrate Judge filed a Report and Recommendation ("R&R") recommending that the Court deny the Motion for Contempt. ECF No. 33. The Court has reviewed and record, and adopts the R&R in full.

This is not a circumstance where the Court should appoint counsel for Mr. Sepulveda or allow him to intervene individually. Fed. R. Civ. P. 23(d)(1). His interests are more than adequately represented. Also, the Court's Interim Order bars RIDOC from amending, modifying, or altering the policies issued on July 30, 2023, without leave of Court. ECF No. 28. Mr. Sepulveda's motion does not allege that RIDOC has violated this order. There is thus no basis for a contempt finding and so the Court DENIES Rudy Sepulveda's Motion for Contempt. ECF No. 33.

IT IS SO ORDERED.

_____
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

October 29, 2025